■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD H. JAMES, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Douglass, J.), rendered May 15, 1986, convicting him of burglary in the first degree and petit larceny, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we find that the verdict was not against the weight of the evidence *(see,* CPL 470.15 [5]; *see also, People v James,* 112 AD2d 380). Brown, J. P., Kunzeman, Kooper and Balletta, JJ., concur.